IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   4:23CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO DESTROY** |
| | ) | |
| JUAN RODRIGUEZ-RIOS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for plaintiff notified the court on 2/11/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibit Numbers  1, 2 and 3 from Suppression hearing held 8/17/2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   February 11, 2026

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge

**Exhibits-Order_to_Destroy.docx**
Approved 12/17/15